**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SANITEQ, LLC.

                Plaintiff,

      - against -                      **JUDGMENT**
                                            CV 17-771 (SJF) (ARL)

GE INFRASTRUCTURE SENSING, INC.,

                Defendant.
----------------------------------------------------------------X

      An Order of The Honorable Sandra J. Feuerstein, United States District Judge, having been filed on September 13, 2018; accepting in part and rejecting in part the July 12, 2018 Report and Recommendation of United States Magistrate Judge Arlene R. Lindsay; granting defendant's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure seeking dismissal of plaintiff's claims; granting defendant judgment as a matter of law dismissing plaintiff's claims against it in their entirety with prejudice; and directing the Clerk of the Court to enter judgment in favor of defendant and close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff Saniteq, LLC take nothing of defendant GE Infrastructure Sensing, Inc.; that defendant's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure seeking dismissal of plaintiff's claims is granted; that defendant is granted judgment as a matter of law dismissing plaintiff's claims against it in their entirety with prejudice; and that this case is closed.

Dated: Central Islip, New York
          September 17, 2018

                                                          DOUGLAS C. PALMER
                                                          CLERK OF THE COURT

                                          BY:    /S/ JAMES J. TORITTO
                                                           DEPUTY CLERK